UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-00044-JDE | Date | November 13, 2026 |
| Title | Paul Sangster v. Porsche Cars North America, Inc. | | |

| | |
|---|---|
| Present: The Honorable | John D. Early, United States Magistrate Judge |

| | |
|---|---|
| Amber Rodriguez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order Dismissing Action per Stipulation (Dkt. 16) **(JS-6)**

On November 13, 2026, the parties filed a Stipulation to Dismiss, requesting the entire action be dismissed with prejudice. Dkt. 16 (“Stipulation”). For good cause shown, the Stipulation (Dkt. 16) is GRANTED and this action is dismissed with prejudice administratively closed (JS-6).

IT IS SO ORDERED.

Initials of Courtroom Deputy: ARO